# Sally Adams Bouffard v. Ronald F. Bouffard

[370 A.2d 190]

No. 92-76

Present: Daley, Larrow, and Billings, JJ., and Shangraw, C.J.,
(Ret.), Specially Assigned

Opinion Filed December 21, 1976

*Julian R. Goodrich* of *Paterson, Gibson, Noble & Brownell,*
Montpelier, for Plaintiff.

*Gilbert, Laundon & Mello,* Burlington, for Defendant.

**Per Curiam.** The appellant seeks to attack claimed error in a
final judgment of divorce by appeal from denial of his motion to
reconsider, filed after notice of decision and before the judgment,
but not heard and denied until several months later. The
judgment order was approved as to form by the trial attorneys.

Such a motion, filed before judgment, does not
terminate running of the time for filing notice of appeal.
V.R.A.P. 4. Entry of judgment subsequent to the motion is an
effective denial thereof; error with respect thereto must be
reached by timely appeal. V.R.C.P. 60(b) is inapplicable, as
dealing only with relief from final judgments, not the interim
notice of decision provided for in V.R.C.P. 52.

*Appeal dismissed for lack of jurisdiction.*

**Hill, J.** did not sit.